# GROUP EXHIBIT A-1

# RANDALL D. SCHMIDT
*CLINICAL PROFESSOR OF LAW*
*UNIVERSITY OF CHICAGO LAW SCHOOL*

---

**OFFICE:** The University of Chicago Law School
Edwin F. Mandel Legal Aid Clinic
6020 South University Avenue
Chicago, Illinois 60637
(773) 702-9611

**EMPLOYMENT:**

**1981 - Present**  **The University of Chicago Law School**
**Edwin F. Mandel Legal Aid Clinic**
1111 East 60th Street
Chicago, Illinois 60637

*Faculty Director of Clinical Programs (2007-2011)*
*Clinical Professor of Law* (1991- present)
*Senior Clinical Lecturer in Law* (1988-1991)
*Clinical Fellow and Staff Attorney* (1981-1988)

- Subjects taught include Admiralty, Employment Discrimination, Evidence, Intensive Trial Practice Workshop, Litigation Methods, Negotiation and Mediation, Pre-Trial Advocacy, and Trial Practice

- Director of the Employment Discrimination Project at the Edwin F. Mandel Legal Aid Clinic, 1988 - present)

**1979-1981**  **Aaron, Schimberg, Hess, Rusnak, Deutsch & Gilbert**
Chicago, Illinois

*Associate*

- Primary area of practice was commercial litigation

**OTHER TEACHING:**

**Fall 1991,** Harvard University Law School
**Winter 1993** Intensive Trial Advocacy Workshop Teaching Fellow

Numerous lectures on clinical teaching and litigating employment discrimination cases

# RANDALL D. SCHMIDT

**EDUCATION:**

**University of Chicago, The Law School**
Chicago, Illinois

- J.D., 1979
- Participant and student officer in the Edwin F. Mandel Legal Aid Clinic

**University of Illinois**
Champaign, Illinois

- B.A. (Political Science with Honors), 1976

**PROFESSIONAL ORGANIZATIONS:**

**American Bar Association**
Member, Section on Legal Education and Admissions to the Bar; Member, Section of Labor and Employment Law

Member of numerous ABA Site Evaluation Teams, which conduct site visits to law schools during the ABA's process of accrediting or re-accrediting the law schools. Law schools inspected include Brigham Young University, J. Reuben Clark Law School; Georgetown University Law Center; University of Pennsylvania Law School; and Stanford Law School.

**Association of American Law Schools**
Member, Section on Clinical Legal Education

**Chicago Bar Association**
Member

**Chicago Council of Lawyers**
Member since 1979
Board of Directors, 1989-1993 and 1994-1998

**Clinical Legal Education Association**
Member since 1994
Board of Directors, 2004-2006

# RANDALL D. SCHMIDT

Page 3

**PROFESSIONAL ORGANIZATIONS (Cont.):**

**Illinois State Bar Association**
Member, Labor and Employment Law Section Council, 2007 - present

**National Association of Employment Lawyers Association**
Member of both national organization and the Illinois chapter

**Public Interest Law Initiative**
Board Member (1994-2000)
Member of the Education Committee (1994-2000)
Chair, Education Committee (1996-1998)

**ADMITTED TO PRACTICE:**

| | |
|---|---|
| **1985** | United States Supreme Court |
| **1980** | United States Court of Appeals for the Seventh Circuit |
| **1979** | United States District Court for the Northern District of Illinois |
| **1983** | Trial Bar of the United States District Court for the Northern District of Illinois |
| **1996** | United States District Court for the Central District of Illinois |
| **1979** | Supreme Court of Illinois |

**THE LAW OFFICE OF CAROL COPLAN BABBITT**
35 E. WACKER DR., SUITE 650
CHICAGO, ILLINOIS 60601
(312) 435-9775, (FAX) (312) 782-4519, E-MAIL, carol@ccbabbittlaw.com

**LEGAL EXPERIENCE**:     November 1988 - Present

**Employment Litigation –** Types of claims include: Civil Rights, Title VII, ADA, FMLA, wrongful termination, Labor disputes, Union arbitration, workers compensation retaliation, EEOC and IDHR investigations, non-compete clause conflicts, unemployment compensation hearings, sex harassment investigation and litigation.

**General Commercial Litigation -** including extensive experience litigating the following matters: breach of contract/lease, Mechanics Lien and federal Miller Act lawsuits involving complex construction litigation, representing defendants in insurance defense matters including reinsurance commutation agreements, Structural Work Act, negligence, product liability, third party practice, breach of warranty, adversary proceedings in bankruptcy, foreclosure, defense of title insurance claims, commercial and residential forcible entry and detainer, complex collection matters including; replevin, citations, and garnishments; UCC work, Consumer Fraud and Deceptive Practices Act, Real Estate litigation.

**Other areas of Practice** - Drafting and modification of Sex Harassment policies and investigation procedures, hiring and disabled worker policies and general advisory role with major corporate hiring committee. Transactional experience includes; corporate representation, drafting, negotiating and implementing sales/leasing agreements.

**SOLO PRACTICE:**   The Law Office of Carol Coplan Babbitt – Chicago, Illinois, April 1997 - present

**ASSOCIATE POSITIONS:**   O'Brien, O'Rourke & Hogan - Chicago, Illinois
1992- March 1997
Daniel Edelman, and L.W., Ltd. - Chicago, Illinois
1991 - 1992
McCracken, Walsh, DeLavan & Hetler - Chicago, Illinois
1988 - 1991

**EDUCATION:**   DePaul University College of Law - Chicago, Illinois
J. D. June 1988 G.P.A. 3.00
Honors:  Treasurer's Scholarship; 3 years
Activities:  1987 - Fall Extern, Honorable James B. Moran
          - President - DePaul Decalogue Society
      1986 -  Intramural Moot Court Competition

Indiana University -    Bloomington, Indiana
B.A.  - June 1985  G.P.A. 3.8 rank: top 10%
Honors- Phi Beta Kappa &  Alpha Lambda Delta
          Honorary Fraternities

New York University - Madrid, Spain
Visiting Student Spring Semester 1984
Honors: Academic Scholarship

**LANGUAGE:**   Fluent in written and spoken Spanish

# CATHERINE CAPORUSSO

2534 Essex Dr.
Northbrook, IL
(312) 933-0655
www.caporussolaw.com

**EXPERIENCE**   **LAW OFFICE OF CATHERINE CAPORUSSO,** Chicago, IL   1/06-present
Handle employment discrimination and civil rights cases for plaintiffs at local agencies and in state and federal court at the trial and appellate level, including class actions. Give presentations on employment law and legislation for the Chicago Bar Association and the National Employment Lawyers' Association (NELA).

**UNIVERSITY OF ILLINOIS AT CHICAGO,** Chicago, IL   1998-present
Lecturer for the Honors College. Courses have included the U.S. Supreme Court, Women and the Law, the Limits of Freedom, and the Bush Presidency. Participate in informational panels and provide informal advising to undergraduates interested in attending law school.

**LEGAL ASSISTANCE FOUNDATION,** Chicago, IL   3/07-present
Provide self-help assistance to individuals proceeding in federal court litigation without an attorney, and represent veterans on disability benefits and USERRA claims through Veteran's Rights Project.

**CITIZEN ACTION,** Chicago IL   8/06-11/06
Worked as a temporary, part-time organizer, primarily on a project designed to increase the participation of suburban single women in the November 2006 election.

**BRENNAN & MONTE,** Chicago, IL   10/05-1/06
Handled employment cases for plaintiffs in federal court at the trial and appellate level, including class actions. Helped monitor the City of Chicago's compliance with the *Shakman* decree against political hiring.

**GORMAN & CAPORUSSO**, Chicago, IL   10/97-10/05
Began as an associate to solo practitioner H. Candace Gorman, promoted to partner in 2003. Handled employment and civil rights cases for plaintiffs in state and federal courts at the trial and appellate level, including class actions and a case that resulted in a unanimous decision from the U.S. Supreme Court. Also co-authored several U.S. Supreme Court amicus briefs on behalf of NELA, as well as papers presented at NELA conferences on employment litigation.

|  |  |
|---|---|
|  | **WOMEN'S LAW AND PUBLIC POLICY FELLOWSHIP**, DC    9/96-10/97<br>Assigned to the Legal and Working Women's Departments of the AFL-CIO.  Legislative, administrative, and appellate court advocacy on employment issues, planned and assisted in sexual harassment training of AFL-CIO managers and staff, and wrote brochures and articles on employment law issues.<br><br>**NATIONAL ORGANIZATION FOR WOMEN,** Chicago, IL    6/94-9/96<br>Worked as an intern and then staff attorney with Robinson, Curley, and Clayton on the *NOW v. Scheidler* RICO class action lawsuit. |
| **EDUCATION** | **HARVARD LAW SCHOOL,** J.D., *cum laude,* June 1995<br><br>**UNIVERSITY OF ILLINOIS AT CHICAGO**, B.A., Political Science, Honors College, *summa cum laude,* May 1992 |
| **ACTIVITIES** | **ILLINOIS WOMEN'S INSTITUTE FOR LEADERSHIP**<br>Delegate to training program that prepares women to run for public office and/or manage campaigns, including media and public speaking.<br><br>**NATIONAL ORGANIZATION FOR WOMEN**<br>Served as board member and then President of the Chicago NOW chapter.  Currently President of the North/Northwest Suburban Illinois NOW chapter, and member of the Illinois NOW legislative committee and National NOW's Mothers and Caregivers Economic Rights committee.  Plan and present community education events and trainings.  Draft advocacy and training materials.  Identify and work with coalition partners on Supreme Court nominees and legislation.  Lobby at a local, state, and federal level, including testifying before a state legislative committee.  Work with the media, including print and television, and have made several appearances on "Chicago Tonight."<br><br>**NELA ILLINOIS**<br>Board secretary and legislative/agency relations committee co-chair.  Advocacy on behalf of state and federal legislation expanding workers' rights and improving EEOC materials regarding pro se complaints.<br><br>**WOMEN EMPLOYED ADVOCACY COUNCIL**<br>Legislative advocacy for paid family and medical leave, paid sick days, and raising the minimum wage.<br><br>**WOMEN'S BAR ASSOCIATION OF ILLINOIS**<br>Served as member of the legislative committee. |