# EXHIBIT A-2

| Time Period | Timekeeper | Brief Description of Activities | Hourly Rate | Duration | Amount |
|---|---|---|---|---|---|
| 8/13/2007 to 12/31/2007 | Catherine Caporusso | Reviewing EEOC Charges and other documents; meetings with clients | $ 400.00 | 9.75 | $ 3,900.00 |
| 10/23/2007 to 12/31/2007 | Carol Coplan Babbitt | Reviewing EEOC Charges and other documents; meetings with clients; attending EEOC interviews of clients | $ 400.00 | 29.00 | $ 11,600.00 |
| 1/1/2008 to 12/31/2008 | Catherine Caporusso | Meetings with clients and co-counsel; reviewing draft of complaint | $ 400.00 | 25.75 | $ 10,300.00 |
| 1/1/2008 to 12/31/2008 | Carol Coplan Babbitt | attending EEOC interviews of clients; meetings with clients and co-counsel; reviewing draft of complaint | $ 400.00 | 48.16 | $ 19,264.00 |
| 6/26/2008 to 12/31/2008 | Randall D. Schmidt | Meetings with co-counsel; reviewing EEOC charges and related documents; interviewing clients; researching, drafting and filing complaint | $ 400.00 | 25.25 | $ 10,100.00 |
| 6/26/2008 to 12/31/2008 | Law students: Crystal Johnson, Alexandra Levy, Shane Shumway | Meetings with co-counsel; reviewing EEOC charges and related documents; interviewing clients; researching, drafting and filing complaint | $ 125.00 | 71.70 | $ 8,962.50 |
| 1/1/2009 to 12/31/2009 | Catherine Caporusso | Reviewing discovery; preparing clients for depositions, attending depositions; attending court hearings; meetings and discussions with clients and co-counsel | $ 400.00 | 111.25 | $ 44,500.00 |
| 1/1/2009 to 12/31/2009 | Carol Coplan Babbitt | Reviewing discovery; preparing clients for depositions, attending depositions; attending court hearings; abstracting depositions; reviewing and editing discovery, pleadings and amended complaint; meetings and discussions with clients and co-counsel | $ 400.00 | 422.23 | $ 168,892.00 |
| 1/1/2009 to 12/31/2009 | Randall D. Schmidt | Reviewing discovery; preparing clients for depositions, attending depositions; attending court hearings; abstracting depositions; reviewing and editing discovery, motions, and memoranda; case strategy meetings with students; meetings and discussions with EEOC attorneys; meetings and discussions with clients, co-counsel, and law students | $ 400.00 | 254.75 | $ 101,900.00 |
| 1/1/2009 to 12/31/2009 | Law students: Aaron Brown, Brian Citro, Crystal Johnson, Allison Lawler, Alexandra Levy, Daniel Lona, Ciji Pittman, Anthony Sexton, Shane Shumway, Erin Wagner | Reviewing discovery; indexing documents; preparing clients for depositions, attending depositions; attending court hearings; abstracting depositions; legal research; drafting and editing discovery, motions, and memoranda; case strategy meetings | $ 125.00 | 607.00 | $ 75,875.00 |

EXHIBIT A-2

Page 1

| Time Period | Timekeeper | Brief Description of Activities | Hourly Rate | Duration | Amount |
|---|---|---|---|---|---|
| | Catherine Caporusso | Prepare for and attend settlement conference; reviewing and editing motion to intervene, complaint in intervention, amended complaint, motion for class certification and memorandum in support of class certification; meetings and discussions with clients, co-counsel, and EEOC attorneys | $ 400.00 | 46.75 | $ 18,700.00 |
| 1/1/2010 to 12/31/2010 | Carol Coplan Babbitt | Prepare for and attend settlement conference; reviewing and editing motion to intervene, complaint in intervention, amended complaint, motion for class certification and memorandum in support of class certification; meetings and discussions with clients, co-counsel, and EEOC attorneys | $ 400.00 | 103.99 | $ 41,596.00 |
| 1/1/2010 to 12/31/2010 | Randall D. Schmidt | Prepare for and attend settlement conference; review and edit settlement memoranda; review legal research by students; reviewing and editing motion to intervene, complaint in intervention, amended complaint, motion for class certification and memorandum in support of class certification; meetings and discussions with clients, law students, co-counsel, and EEOC attorneys | $ 400.00 | 166.25 | $ 66,500.00 |
| 1/1/2010 to 12/31/2010 | Law students: Aaron Brown, Brian Citro, Priya Gupta, Crystal Johnson, Allison Lawler, Daniel Lona, Ciji Pittman, Anthony Sexton, Shane Shumway, Erin Wagner | Review settlement memoranda; research, draft and edit motion to intervene, complaint in intervention, amended complaint, motion for class certification and memorandum in support of class certification; case strategy meetings | $ 125.00 | 329.70 | $ 41,212.50 |
| 1/1/2011 to 12/31/2011 | Catherine Caporusso | Prepare for mediation; attend court hearings and depositions; review and edit Seventh Circuit Brief; meetings and discussions with clients, co-counsel, and EEOC attorneys | $ 400.00 | 70.50 | $ 28,200.00 |
| 1/1/2011 to 12/31/2011 | Carol Coplan Babbitt | Prepare for mediation; attend court hearings and depositions; meetings and discussions with clients, co-counsel, and EEOC attorneys | $ 400.00 | 172.74 | $ 69,096.00 |
| 1/1/2011 to 12/31/2011 | Randall D. Schmidt | Prepare for mediation; attend court hearings and depositions; review students' legal research; review and edit Seventh Circuit Brief; review and edit notices to class; meetings and discussions with clients, law students, co-counsel, and EEOC attorneys | $ 400.00 | 148.75 | $ 59,500.00 |
| 1/1/2011 to 12/31/2011 | Law Students: Meredith Dodd, Brian Hembd, Julia Horwitz, Alina Iarve, Allison Lawler, Andrew Shapiro, Nicolas Tarasen, Kevin Zezima | Prepare for mediation; attend court hearings and depositions; legal research; draft, review and edit Seventh Circuit Brief; research, draft and edit notices to class; case strategy meetings | $ 125.00 | 396.25 | $ 49,531.25 |

EXHIBIT A-2

Page 2

| Time Period | Timekeeper | Brief Description of Activities | Hourly Rate | Duration | Amount |
|---|---|---|---|---|---|
| 1/1/2012 to 9/10/2012 | Catherine Caporusso | Preparation for mediation sessions; discovery conferences re: document production and e-discovery issues; attend court hearings, depositions; meetings and discussions with clients, co-counsel, and EEOC attorneys | $ 400.00 | 71.00 | $ 28,400.00 |
| 1/1/2012 to 9/10/2012 | Carol Coplan Babbitt | Attend mediation sessions, court hearings, depositions; meetings and discussions with clients, co-counsel, and EEOC attorneys; discovery conferences re: document production and e-discovery issues | $ 400.00 | 213.88 | $ 85,552.00 |
| 1/1/2012 to 9/10/2012 | Randall D. Schmidt | Attend mediation sessions, court hearings, depositions; final preparation of notice to class; meetings and discussions with clients, law students, co-counsel, and EEOC attorneys; discovery conferences re: document production and e-discovery issues | $ 400.00 | 185.00 | $ 74,000.00 |
| 1/1/2012 to 9/10/2012 | Law Students: Cara Chomski, Brian Hembd, Julia Horwitz, Samuel Leinweber, Leah Nudelman, Andrew Shapiro, Nick Spear, Nicolas Tarasen, Kevin Zezima | Attend court hearings, depositions; review discovery; final preparation of notice to class; prepare summaries of depositions; legal research | $ 125.00 | 395.35 | $ 49,418.75 |
| **TOTAL** | | | | **3905.00** | **$ 1,067,000.00** |

**TOTAL BY TIME KEEPERS**

| | | | |
|---|---|---|---|
| Catherine Caporusso | $ 400.00 | 335.00 | $ 134,000.00 |
| Carol Coplan Babbitt | $ 400.00 | 990.00 | $ 396,000.00 |
| Randall D. Schmidt | $ 400.00 | 780.00 | $ 312,000.00 |
| Law Students | $ 125.00 | 1800.00 | $ 225,000.00 |
| | | **3905.00** | **$ 1,067,000.00** |

EXHIBIT A-2