# EXHIBIT A-3

**BROWN V. YELLOW - SUMMARY OF COSTS AND EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10-15-08 | Filing Fee | $ 350.00 |
| 3-23-09 | Transcript of hearing | $ 9.60 |
| 4-1-09 | Copying fees for documents from Defendants | $ 85.36 |
| 4-7-09 | LegaLink - Deposition Transcript of Michael Woods - AM | $ 795.00 |
| 4-7-09 | LegaLink - Deposition Transcript of Michael Woods - PM | $ 703.45 |
| 4-20-09 | LegaLink - Deposition Transcript of Antonio Colon | $ 1,364.35 |
| 4-30-09 | LegaLink - Deposition Tarnscript of Marshun Hill | $ 1,284.70 |
| 5-7-09 | LegaLink - Deposition Tarnscript of James Demoss | $ 1,108.90 |
| 5-20-09 | LegaLink - Deposition Tarnscript of Laroy Washington | $ 943.20 |
| 5-20-09 | LegaLink - Deposition Tarnscript of Darrell Williams | $ 1,303.50 |
| 7-2-09 | LegaLink - Deposition Transcript of Katy Weber | $ 875.35 |
| 7-4-09 | LegaLink - Deposition Tarnscript of Bryan Reifsnyder | $ 1,033.40 |
| 7-12-09 | LegaLink - Deposition Ttanscript of Cedric Muse | $ 1,267.80 |
| 7-18-09 | LegaLink - Deposition Transcript of Charles Woods | $ 840.10 |
| 7-19-09 | LegaLink - Deposition Transcript of Jameson Dixon | $ 957.90 |
| 8-14-09 | LegaLink - Deposition Tarnscript of Kenneth George | $ 1,176.70 |
| 8-19-09 | LegaLink - Deposition Transcript of Charles Brown | $ 1,365.20 |
| 8-19-09 | LegaLink - Deposition Transcript of Clark Faulkner | $ 1,275.30 |
| 8-19-09 | LegaLink - Deposition Transcript of Jeffrey Burks | $ 1,193.40 |
| 5-7-10 | LegaLink - Deposition Transcript of Leonard Gregory - Vol. 1 | $ 657.40 |
| 6-5-10 | LegaLink - Deposition Tarnscript of Mack Leonard | $ 628.70 |
| 7-29-10 | LegaLink - Deposition Transcript of Leonard Gregory - Vol. 2 | $ 377.50 |
| 7-12-11 | United Airlines - Non-refundanble airline tickets for 2 law students to attend mediation in Washingon D.C. - Mediation cancelled | $ 530.80 |
| 10-19-11 | GoDaddy.com - Domain name registration for class action | $ 35.32 |
| 10-20-11 | HostGator - Web hosting for class action | $ 89.55 |
| 12-8-11 | United Airlines - Airfare to attend Medaition in Washington DC (RDS) | $ 432.00 |
| 1-3-12 | Expenses for trip to DC for settlement conference | $ 1,119.00 |
| 1-6-12 | Taxis to and from airports and while attending Mediation in DC (RDS) | $ 92.00 |
| 1-6-12 | Meals whill attedning Mediation in Washington DC (RDS) | $ 91.71 |
| 1-6-12 | Hotel for Mediation in Washington DC (RDS) | $ 275.38 |
| 3-12-12 | Irona Inc. - Development of website for class action | $ 1,200.00 |
| 3-14-12 | First Class Inc. - Mailing of Notice of class certification to potential | $ 1,365.23 |
| 4-9-12 | Irona Inc. - Development of website for class action | $ 1,200.00 |
| 4-16-12 | Expenses to travel to Atlanta, Georgia, for depositions (CCB) | $ 926.00 |
| 4-19-12 | Chicago Tribune - Newspaper Notice re: Class Action | $ 3,927.00 |
| 7-13-12 | First Class Inc. - Notice to Class re: Consent Decree | $ 2,677.08 |
| **TOTAL** | | **$ 33,557.88** |
| | **TOTAL EXPENSES REQUESTED:** | **$ 33,000.00** |

**EXHIBIT A-3**