If "yes", please provide details of the incident(s), including when the incident occurred, and if this occurred more than once:

_____

_____

_____

_____

_____

30. While employed at Yellow's Chicago Ridge facility, did you observe any differences between Black and White employees regarding access to and privileges of using the break room and restrooms?
     Yes ____ No ____

If "yes", please provide details of the incident(s), including when the incident occurred, and if this occurred more than once:

_____

_____

_____

_____

_____

31. Do you believe that you were treated differently than White employees were treated by Yellow regarding behavior on the dock such as talking, smoking, use of cell phones, etc.?
     Yes ____ No ____

If "yes", please provide details of the incident(s), including when the incident occurred, and if this occurred more than once:

_____

_____

_____

_____

_____

_____

32.    While employed at Yellow's Chicago Ridge facility, did you observe any differences between how Black and White employees were treated by Yellow regarding behavior on the dock such as talking, smoking, use of cell phones, etc.?
        Yes ____ No ____
If "yes", please provide details of the incident(s), including when the incident occurred, and if this occurred more than once:

_____

_____

_____

_____

_____

### Work Assignments

33.    Do you believe that you ever received a less desirable type of work assignment because of your race?
        Yes ____ No ____
If "yes", please describe the less desirable work, including when the work was assigned, and if this occurred more than once:

_____

_____

_____

_____

_____

34.    While employed at Yellow's Chicago Ridge facility, did you ever observe any differences between the type or amount of work assigned to Black and White employees?
        Yes ____ No ____
If "yes", please describe what you observed and approximately when these differences were

Page 9 of 12

observed:

_____

_____

_____

_____

_____

**COMPLAINTS**

35. Did you ever complain in writing to Yellow about any racial harassment or discrimination that you experienced, witnessed, or heard about at Yellow's Chicago Ridge facility?
    Yes ____ No ____
If "yes", please state what you complained about, to whom you complained and when. Also, please describe any response you received from Yellow:

_____

_____

_____

_____

_____

36. Did you ever make a verbal complaint to any supervisors, managers, or human resources personnel at Yellow about any racial harassment or discrimination that you experienced, witnessed, or heard about at Yellow's Chicago Ridge facility?
    Yes ____ No ____
If "yes", please state what you complained about, to whom you complained and when. Also, please describe any response you received from Yellow:

_____

_____

_____

Page 10 of 12

37. Did you ever file a Charge of Discrimination regarding Yellow's Chicago Ridge facility with the EEOC, the Illinois Department of Human Rights, or any other local government fair employment agency?

     Yes \_\_\_\_ No \_\_\_\_

If "yes", please state with what agency you filed your Charge, the Charge number of your complaint, whether your case went to court (and if so, the name of the court where you filed and your case number) and any relief you received as a result of your Charge:

## EFFECT OF THE DISCRIMINATION

38. Describe how the claims of racial harassment or discrimination you have described above affected you or made you feel (including any emotional pain or suffering).

## PARTICIPATION IN THIS LITIGATION

39. Describe any effort that you made to participate in this litigation including time spent looking for documents, attending depositions, or communicating with the EEOC or the Class Counsel.

_____

_____

_____

## CERTIFICATION

I _____ declare under penalty of perjury that all of the information
      (Print Name)

on this Claim Form is true and correct.

_____          _____
Signature of Claimant                                    Date

## IMPORTANT NOTICE

Your Claim Form must be received on or before _____. A Claim Form received later than _____ will not be accepted. The Claim Form must be mailed or delivered to:

> First Class, Inc.
> 5410 W. Roosevelt Rd.
> Unit 222
> Chicago, IL 60644

Page 12 of 12

## EXHIBIT D

### NOTICE TO YRC EMPLOYEES

This Notice is being posted pursuant to a Consent Decree entered by the federal court in the Northern District Court of Illinois in *EEOC v. Yellow Transportation, Inc., et al.*, 09 CV 7693 (N.D. Ill.), and *Brown, et al. v. Yellow Transportation, Inc., et al.*, 08 CV 5908 (N.D. Ill.), resolving litigation filed by the Equal Employment Opportunity Commission ("EEOC") against YRC.

In its suit, the EEOC alleged that YRC discriminated against African-American dockworkers, spotters, and janitors at YRC's Chicago Ridge facilities on the basis of their race by subjecting them to a hostile work environment and discriminating against them in the terms and conditions of employment including subjecting them to unequal discipline and unequal work assignments. The resolution by YRC of any and all claims or potential claims set forth under the Consent Decree is not an admission of liability on the part of the Company.

To resolve the case, YRC and the EEOC have entered into a Consent Decree that provides monetary relief to eligible individuals. YRC will not discriminate against any employee on the basis of race or retaliate against any person because (s)he opposed any practice made unlawful by Title VII, filed a charge of discrimination, participated in any Title VII proceeding, or asserted any rights under the Consent Decree.

If you believe you have been discriminated against, you should contact the Chicago Heights Human Resources Coordinator (currently, Kendall Calhoun), any manager or supervisor, or file a report on EthicsPoint at 1-866-ETHICSP or www.ethicspoint.com immediately. The Company cannot respond to issues that are not brought to its attention. If you believe you have been discriminated against, you also may contact Preston Pugh (312-768-7800), who serves as a monitor at Chicago Heights. Finally, you may contact the EEOC at 312-353-8195. The EEOC enforces the federal laws against discrimination in employment on the basis of race, color, religion, national origin, sex, age, or disability. The EEOC charges no fee and has a TDD number.

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**

This Notice must remain posted for the time and in the manner as specified in the Consent Decree and must not be altered, defaced or covered by any other material. Any questions about this Notice or compliance with its terms may be directed to YRC Settlement, EEOC, 500 West Madison Street, Suite 2000, Chicago, Illinois 60661.

9-25-12
Date

Magistrate Judge Susan Cox
United States District Court

Page 1 of 1