EQUAL EMPLOYMENT OPPORTUNITY COMMISSION V. YELLOW TRANSPORTAION, INC. AND YRC, *INC.,*
09 CV 7693
and
BROWN, ET AL., V. YELLOW TRANSPORTAION, INC. AND YRC, INC.,
08 CV 5908

Exhibit A

| | | |
|---|---|---|
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 1 | $125,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 2 | $110,000 |
| REDACTED | 3 | $80,000 |

| | | |
|---|---|---|
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 3 | $80,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 3 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 3 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |

| | | |
|---|---|---|
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 4 | $50,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |

| | | |
|---|---|---|
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 5 | $40,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 5 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 6 | $20,000 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |

| | | |
|---|---|---|
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 7 | $12,500 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |

| | | |
|---|---|---|
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 8 | $5,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 9 | $3,000 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |

| | | |
|---|---|---|
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| REDACTED | 10 | $1,500 |
| | Total: | $9,343,000 |