**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION V. YELLOW TRANSPORTAION, INC. AND YRC, *INC.*,**
**09 CV 7693**
and
**BROWN, ET AL., V. YELLOW TRANSPORTAION, INC. AND YRC, INC.,**
**08 CV 5908**

**Exhibit B**

REDACTED
(FILED UNDER SEAL)