**Exhibit C**

***EQUAL EMPLOYMENT OPPORTUNITY COMMISSION V. YELLOW TRANSPORTATION, INC. AND YRC, INC.,***
09 CV 7693

and

***BROWN, ET AL., V. YELLOW TRANSPORTATION, INC. AND YRC, INC.,***
08 CV 5908

---

## NOTICE OF MONETARY AWARD

TO: [INSERTNAME]
[INSERT ADDRESS]
[INSERT CITY, STATE]

**PLEASE READ THIS NOTICE CAREFULLY—
IT AFFECTS YOUR LEGAL RIGHTS**

    **Your Award:** The purpose of this Notice is to inform you that the Equal Employment Opportunity Commission ("EEOC") has finished reviewing all 243 Claim Forms received in this case. The determinations made by the EEOC have been submitted to and reviewed by the private attorneys in the *Brown v. Yellow* case ("Section 1981 Class Counsel"). Based on the determinations of the EEOC, the Court has approved a total award to you in the amount of **[INSERT AMOUNT]**.

    **How the Amount Was Determined:** After reviewing information included in each Claim Form and information concerning each Claimant's employment at YRC's facility in Chicago Ridge, the EEOC awarded each eligible Claimant points based on a point system developed by the EEOC and the Section 1981 Class Counsel, and approved by the Court.

    The point system was applied uniformly to all Claim Forms by the EEOC and reflected several key factors, including: (i) length of employment, (ii) dates of employment, (iii) job assignments/classifications, (iv) the severity of the alleged harassment or discrimination, (v) whether the alleged harassment or discrimination was personally directed at the Claimant, (vi) the duration of the alleged harassment or discrimination, (vii) the extent of the alleged harm, (vii) whether the Claimant alleged to have been actually or constructively discharged, (viii) the managerial status of the persons involved, (ix) whether the Claimant allegedly received more difficult work assignments because of race, (x) whether the Claimant allegedly received shorter breaks because of race, (xi) whether the Claimant allegedly received harsher or more frequent discipline because of race, (xii) whether the Claimant allegedly failed to receive opportunities to be a hostler/spotter, (xiii) whether the Claimant allegedly failed to be timely moved from a casual position to permanent status, (xiv) whether the Claimant allegedly complained of

discrimination, (xv) the Claimant's participation and cooperation with EEOC and the Section 1981 Class Counsel in the litigation of these cases, and (xvi) overall strength of the alleged claim as determined by EEOC. In calculating points for distribution, the following factors were weighted more heavily in calculating awards: length of employment, exposure to nooses, participation in the litigation, and extent of harm.

Your monetary award is based on your point total and the award level associated with that point total. After the EEOC completed this review and evaluation process, it submitted its results to the Section 1981 Class Counsel and the Court. The Court reviewed and approved the amounts of each award.

**Release:** In order to receive your award, you must sign and return the enclosed Release Agreement by March 15, 2013. The Release Agreement should be sent to:

> First Class, Inc.
> 5410 W. Roosevelt Rd.
> Suite 222
> Chicago, IL 60644-1479

**If your release is not *received* by First Class on or before March 15, 2013 you risk forfeiting your share in the settlement , therefore it is important that you send your release in sufficient time before the due to date for it to be received on or before March 15, 2013.**

**Distribution of Awards:** The Court shall authorize distribution of the Settlement Fund after any petitions for correction have been resolved. Award checks will then be mailed to your address listed above. We expect checks to be mailed out by _____.

If you intend to pick up your check personally, please notify Section Class Counsel by ____, 2013, so that your check is not mailed out. The contact information for Class Counsel is:

> Randall D. Schmidt
> Edwin F. Mandel Legal Aid Clinic
> The University of Chicago Law School
> 6020 S. University Ave.
> Chicago, Illinois 60637
> (773) 702-9611

**Additional Information:** If you have any questions, please contact the EEOC or Section 1981 Class Counsel.

**PLEASE DO NOT TELEPHONE THE CLERK OF THE COURT.**

**Dated: _____ __, 2013**

# RELEASE AGREEMENT

      I, [INSERT NAME], for and in consideration of the sum of $ [INSERT AMOUNT] payable to me pursuant to the terms of the Consent Decree entered by the Court in *EEOC v. Yellow Transp.*, 09 CV 7693 (N.D. Ill.), and *Brown, et al. v. Yellow Transp.*, 08 CV 5908 (N.D. Ill.), on behalf of myself, my heirs, assigns, executors, and agents, do hereby forever release, waive, remise, acquit, and discharge YRC Inc., and Yellow Transportation, Inc., and their current and former shareholders, directors, officers, managers, agents, creditors, employees, attorneys, insurers, and for each of the foregoing, their respective parents, affiliates, subsidiaries, successors and assigns (collectively, the Released Entities), from any and all claims and causes of action of any kind, known or unknown, which I now have or ever have had under Section 1981 of the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*., and any other similar or related federal, state, or local employment discrimination or civil rights law, regulation, or ordinance arising from or related to the underlying facts and claims which were asserted in *EEOC v. Yellow Transp.*, 09 C 7693 (N.D. Ill.), and *Brown, et al. v. Yellow Transp.*, 08 C 5908 (N.D. Ill.).

      I understand that by executing this Agreement, the Released Entities are not admitting any violation of my rights under statutory or common law.

_____         _____
     Date                                                             Signature