# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>     Plaintiff, | ) ) ) ) | |
| CHARLES E. BROWN, JEFFREY BURKS, ANTONIO COLON, JAMES DEMOSS, JAMESON DIXON, CLARK FAULKNER, KENNETH GEORGE, LEONARD GREGORY, MARSHUN HILL, MACK LEONARD, CEDRIC MUSE, LAROY WASHINGTON, DARRELL WILLIAMS, CHARLES WOODS and MICHAEL WOODS,<br>     Intervening Plaintiffs, | ) ) ) ) ) ) ) ) | |
| v. | ) ) | Case No. 09 CV 7693 |
| YELLOW TRANSPORTATION, INC. and YRC, Inc.,<br>     Defendants. | ) ) ) | Magistrate Judge Cox |
| CHARLES BROWN, JEFFERY BURKS, ANTONIO COLON, JAMES DEMOSS, JAMESON DIXON, CLARK FAULKNER, KENNETH GEORGE, LEONARD GREGORY, MARSHUN HILL, CEDRIC MUSE, LAROY WASHINGTON, DARRELL WILLIAMS, CHARLES WOODS, MICHAEL WOODS, MACK LEONARD, on behalf of themselves and similarly situated African-American employees,<br>     Plaintiffs, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 CV 5908<br><br>Magistrate Judge Cox |
| v. | ) ) | |
| YELLOW TRANSPORTATION, INC., and YRC, INC.,<br>     Defendants. | ) ) ) | |

**To:**  Kevin W. Shaughnessy  Margo Wolf O'Donnell
Tracey L. Ellerson  Vedder Price P.C.
Baker & Hostetler LLP  222 North LaSalle Street
200 S. Orange Ave., Ste. 2300  Suite 2600
Orlando, FL 32801  Chicago, IL 60601-1003
(407) 649-4000  (312) 609-7500
kshaughnessy@bakerlaw.com  modonnell@vedderprice.com

tellerson@bakerlaw.com

Randall D. Schmidt
Edwin F. Mandel Legal Aid Clinic
6020 S. University Ave.
Chicago, IL 60637

## NOTICE OF MOTION

Plaintiffs hereby give notice that they will present Plaintiffs' **Joint Motion for Approval of Allocation of Settlement Funds** on **Thursday, February 7, 2013 at 9:30 a.m.** before the Honorable Magistrate Judge Susan E. Cox, United States District Court for the Northern District of Illinois, Room 1068, 219 S. Dearborn, Chicago, IL, 60604.

January 25, 2013                                      Respectfully submitted,

*s/Richard J. Mrizek*
Richard J. Mrizek
Ethan M. M. Cohen
Trial Attorneys

Richard J. Mrizek
A.R,D.C. # 6237730
Ethan M. M. Cohen
A.R.D.C. # 6206781
U.S. Equal Employment
    Opportunity Commission
500 W. Madison, Room 2000
Chicago, IL 60661
(312) 869-8117
richard.mrizek@eeoc.gov