## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5908 | **DATE** | 2/7/2013 |
| **CASE TITLE** | Charles Brown, et al vs. Yellow Transportation, et al | | |

**DOCKET ENTRY TEXT**

Enter Order Approving of Allocation of Settlement Funds. Upon consideration the EEOC and Section 1981 Class Counsel Joint Motion for Approval of Allocation of Settlement Funds filed on January 25, 2013, it is hereby ordered that the Joint Motion [183] is granted and that the Court 1) approves the Allocation of the Settlement Funds as set forth in Exhibit A to the Joint Motion, 2) approves the proposed Incentive Payments set forth in Exhibit B to the Joint Motion, and 3) approves the proposed Notification of Award and Release attached as Exhibit C to the Joint Motion. Parties need not appear on 2/7/13 at 9:30 a.m. for presentment of motion.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|