IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>   Plaintiff,<br><br>CHARLES E. BROWN, JEFFREY BURKS, ANTONIO COLON, JAMES DEMOSS, JAMESON DIXON, CLARK FAULKNER, KENNETH GEORGE, LEONARD GREGORY, MARSHUN HILL, MACK LEONARD, CEDRIC MUSE, LAROY WASHINGTON, DARRELL WILLIAMS, CHARLES WOODS and MICHAEL WOODS,<br>   Intervening Plaintiffs,<br><br>v.<br><br>YELLOW TRANSPORTATION, INC. and YRC, Inc.,<br>   Defendants. | Case No. 09 CV 7693<br><br>Magistrate Judge Cox |
| CHARLES BROWN, JEFFERY BURKS, ANTONIO COLON, JAMES DEMOSS, JAMESON DIXON, CLARK FAULKNER, KENNETH GEORGE, LEONARD GREGORY, MARSHUN HILL, CEDRIC MUSE, LAROY WASHINGTON, DARRELL WILLIAMS, CHARLES WOODS, MICHAEL WOODS, MACK LEONARD, on behalf of themselves and similarly situated African-American employees,<br>   Plaintiffs,<br><br>v.<br><br>YELLOW TRANSPORTATION, INC., and YRC, INC.,<br>   Defendants. | Case No. 08 CV 5908<br><br>Magistrate Judge Cox |

1

## ORDER APPROVING OF ALLOCATION OF SETTLEMENT FUNDS

Upon consideration the EEOC and Section 1981 Class Counsel Joint Motion for Approval of Allocation of Settlement Funds filed on January 25, 2013, it is hereby ordered that the Joint Motion is GRANTED and that the Court 1) approves the Allocation of the Settlement Funds as set forth in Exhibit A to the Joint Motion, 2) approves the proposed Incentive Payments set forth in Exhibit B to the Joint Motion, and 3) approves the proposed Notification of Award and Release attached as Exhibit C to the Joint Motion.

ENTERED this 7th DAY OF February, 2013

_____
United States Magistrate Judge Susan Cox