# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Charles Brown, et al.

                              Plaintiff,

v.                                                       Case No.: 1:08−cv−05908
                                                                 Honorable Susan E. Cox

Yellow Transportation, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 22, 2013:

      MINUTE entry before Honorable Susan E. Cox: Motion by attorney Christopher L. Nybo to withdraw appearance as counsel for defendant Yellow Transportation, Inc. is granted. Parties need not appear on 2/26/13 at 9:30 a.m. for presentment of said motion. Attorney Christopher L. Nybo terminated. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.