IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff, | )<br>)<br>)<br>) | |
| CHARLES E. BROWN, JEFFREY BURKS, ANTONIO COLON, JAMES DEMOSS, JAMESON DIXON, CLARK FAULKNER, KENNETH GEORGE, LEONARD GREGORY, MARSHUN HILL, MACK LEONARD, CEDRIC MUSE, LAROY WASHINGTON, DARRELL WILLIAMS, CHARLES WOODS and MICHAEL WOODS,<br>    Intervening Plaintiffs, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| v. | ) | Case No. 09 CV 7693 |
| YELLOW TRANSPORTATION, INC. and YRC, Inc.,<br>    Defendants. | )<br>)<br>)<br>) | Magistrate Judge Cox |
| CHARLES BROWN, JEFFERY BURKS, ANTONIO COLON, JAMES DEMOSS, JAMESON DIXON, CLARK FAULKNER, KENNETH GEORGE, LEONARD GREGORY, MARSHUN HILL, CEDRIC MUSE, LAROY WASHINGTON, DARRELL WILLIAMS, CHARLES WOODS, MICHAEL WOODS, MACK LEONARD, on behalf of themselves and similarly situated African-American employees,<br>    Plaintiffs, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 CV 5908<br><br>Magistrate Judge Cox |
| v. | ) | |
| YELLOW TRANSPORTATION, INC., and YRC, INC.,<br>    Defendants. | )<br>)<br>) | |

**PLAINTIFFS' JOINT MOTION FOR APPROVAL OF FINAL DISTRIBUTION OF SETTLEMENT FUNDS**

Pursuant to Paragraph 38 of the Consent Decree (the "Decree") approved previously by this Court, the United States Equal Employment Opportunity Commission ("EEOC") and

1

Section 1981 Class Counsel hereby submit their Joint Motion for Approval of Final Distribution of Settlement Funds. In support of this Motion, EEOC and Section 1981 Class Counsel state as follows:

On September 25, 2012, this Court approved entry of the Consent Decree to resolve the above-captioned cases. The Decree included a detailed claims administration process for the purpose of identifying claimants, for determining what monetary payment each potential claimant should receive, and for distributing those payments.

Pursuant to the Decree, after the Court's approval of allocation of settlement funds, the Claims Administrator notified, by mail, each individual who submitted a claim form concerning the claimant's eligibility and, if eligible, the claimant's award. All eligible claimants were also sent a release form to be signed and returned to the Claims Administrator. The Claims Administrator sent out 239 notices (of which 238 were to eligible claimants). To date, the Claims Administrator has received 235 signed release forms.

After the award letters were sent out, EEOC and Section 1981 Class Counsel received notice from two members of the Section 1981 class who had never received the original claim form. Though the original claim forms sent to these two claimant had not been returned as undeliverable, both of these individuals had moved to new addresses and presented credible evidence that that they never received the original claim form. EEOC and Section 1981 Class Counsel recommend that these individuals be included as eligible claimants and that awards be paid to these individuals from the amount set aside pursuant to Paragraph 33 for errors in the claims process. The EEOC has reviewed these claim forms and has made the recommendation, agreed to by Section 1981 Class Counsel, found in Exhibit A, attached.

EEOC and Section 1981 Class Counsel also learned of an additional member of the

Section 1981 Class who did not receive an award, though he reported that he had mailed a timely claim form. EEOC and Section 1981 Class Counsel found this individual to be credible and had him complete a new claim form. EEOC and Section 1981 Class Counsel recommend that this individual be included and that his award be paid from the amount set aside pursuant to Paragraph 33 for errors in the claim process. The EEOC has reviewed this claim form and has made the recommendation, agreed to by Section 1981 Class Counsel, found in Exhibit A, attached.

Upon independent review, EEOC discovered that one individual received a lower amount than other individuals with the identical score. EEOC and Section 1981 Class Counsel recommend that this individual's award be increased to reflect the amount paid to others with the identical score. EEOC and Section 1981 Class Counsel recommend that the increased amount be paid out of the money set aside pursuant to Paragraph 33 for errors in the claim process. This recommendation is found in Exhibit A attached.

EEOC and Class Counsel received requests from eight claimants over the phone or in writing requesting an increase in their award amount. The EEOC, in consultation with Section 1981 class counsel, reviewed the claim forms and any attached materials to determine if there were any errors in the calculation of each petitioning claimant's award. The EEOC, in consultation with Section 1981 class counsel, determined that six of the petitioning claimants did not warrant any change in award. After review of the other two claimants' forms, EEOC, in consultation with Section 1981 class counsel, determined that the scores should be modified and that additional money should be awarded. The EEOC and Section 1981 Class Counsel recommend that these two individuals receive an additional award as set forth in Exhibit A attached.

The EEOC and Section 1981 Class Counsel ask that $100,000 be paid for correction of errors. Pursuant to Paragraph 33, EEOC and Section 1981 Class Counsel have set aside $97,000 of the settlement fund in case any errors were found in the calculation of the initial awards. In addition, the settlement fund has earned interest totaling $12,011.50 as of April 3, 2013. After deduction of estimated taxes and Claims Administrator expenses totaling approximately $8,000, approximately $4,000 additional will be added to the Settlement Fund. Thus, EEOC and Section 1981 Class Counsel seek approval for the following payment: $9,343,000 in previously approved tier awards, $460,000 for previously approved incentive payments, and $100,000 for error correction for a total payment of $9,903,000 to be distributed to claimants under the Decree. With $9,905,000 available for payment, approximately $1,000 will remain in the settlement fund.

Pursuant to Paragraph 38 of the Decree, EEOC and Section 1981 Class Counsel ask the Court to approve the final settlement distribution list attached as Exhibit B. Group 1 of Exhibit consists of those claimants for whom we have received signed releases and who are eligible for immediate payment. Group 2 consists of those claimants for whom we have yet to receive a release. For those individuals on Group 2, payment will not be made until a release is received. We also ask the Court to approve the proposed notice of payment attached as Exhibit C.

WHEREFORE, the EEOC and Section 1981 Class Counsel hereby submit a schedule for modified awards attached as Exhibit A and a final settlement distribution list for the Court's approval and requests that the Court, after appropriate review and pursuant to the Decree, enter an Order 1) approving the modification of awards listed on Exhibit A, 2) approving the final distribution list attached as Exhibit B, and 3) approving the proposed notice of payment attached as Exhibit C.

April 4, 2013

                              Respectfully submitted,

                              For U.S. Equal Employment Opportunity Commission

                              *s/Richard J. Mrizek*
                              Richard J. Mrizek
                              Trial Attorney
                              Ethan M. M. Cohen
                              Trial Attorney
                              United States Equal Employment
                                  Opportunity Commission
                              500 W. Madison, Room 2000
                              Chicago, IL 60661
                              (312) 869-8117

                              For Section 1981 Class

                              *s/Randall D. Schmidt*
                              RANDALL D. SCHMIDT
                              Edwin F. Mandel Legal Aid Clinic
                                  of the University of Chicago Law School
                              6020 S. University Ave.
                              Chicago, IL 60637
                              (773) 702-9611

## CERTIFICATE OF SERVICE

I, Richard J. Mrizek, an attorney, hereby certify that I caused a copy of the foregoing **Joint Motion for Approval of Allocation of Settlement Funds** to be served electronically via the Court's ECF system on the following persons on April 4, 2013:

KEVIN W. SHAUGHNESSY
Baker & Hostetler LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801

RANDALL D. SCHMIDT
Edwin F. Mandel Legal Aid Clinic
   of the University of Chicago law School
6020 S. University Ave.
Chicago, IL 60637

CAROL COPLAN BABBITT
The Law Office of Carol Coplan Babbitt
35 E. Wacker Dr.
Suite 650
Chicago, IL 60601

CATHERINE A. CAPORUSSO
Law Office of Catherine Caporusso
53 W. Jackson
Suite 505
Chicago, IL 60604


*s/Richard J. Mrizek*
Richard J. Mrizek
Trial Attorney
Ethan M. M. Cohen
Trial Attorney
United States Equal Employment
     Opportunity Commission
500 W. Madison, Room 2000
Chicago, IL 60661
(312) 869-8117