**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION V. YELLOW TRANSPORTAION, INC. AND YRC,** *INC.***,**
**09 CV 7693**
**and**
**BROWN, ET AL., V. YELLOW TRANSPORTAION, INC. AND YRC, INC.,**
**08 CV 5908**

**Exhibit A**
**(to be filed Under Seal)**

**REDACTED**