**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION V. YELLOW TRANSPORTATION, INC. AND YRC, INC.,**
**09 CV 7693**
and
**BROWN, ET AL., V. YELLOW TRANSPORTATION, INC. AND YRC, INC.,**
**08 CV 5908**

**<u>Exhibit B</u>**
**(to be filed Under Seal)**

**Group 1**

REDACTED

Group 1 Total: $9,781,500

**Group 2**

REDACTED

Group 2 Total: $123,500

Combined Total: $9,903,000