*E*QUAL *E*MPLOYMENT *O*PPORTUNITY *C*OMMISSION V. *Y*ELLOW
*T*RANSPORTAION, *I*NC. AND *YRC*, *I*NC.,
*09 CV 7693*

and

*B*ROWN, ET AL., V. *Y*ELLOW *T*RANSPORTAION, *I*NC. AND *YRC*, *I*NC.,
*08 CV 5908*

_____

## NOTICE OF PAYMENT

April __, 2013

**Your Award:** Enclosed is a check for your monetary award in this matter.

**Tax Consequences of the Award:** The amount you are receiving is taxable as income to you. A Form 1099 from the Settlement Administrator listing the amount of your award is included in this mailing. This information will also be provided to the IRS. Depending on your tax situation, you may want to make estimated tax payments this year in order to avoid possible interest and penalties. ***You should consult with a tax professional concerning this.***

**Additional Information:** If you have any questions, please contact Class Counsel at:

        Randall D. Schmidt, Esq.
        Edwin F. Mandel Legal Aid Clinic
          of the University of Chicago Law School
        6020 S. University Ave.
        Chicago, IL 60637
        (773) 702-9611

**PLEASE DO NOT TELEPHONE THE CLERK OF THE COURT OR THE SETTLEMENT ADMINISTRATOR.**