UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Charles Brown, et al.
          Plaintiff,

v.                Case No.: 1:08−cv−05908
                Honorable Susan E. Cox

Yellow Transportation, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 8, 2013:

  MINUTE entry before Honorable Susan E. Cox: Plaintiffs' joint motion for approval of final distribution of settlement funds [188] is granted. The modification of awards listed on Exhibit A are approved. The final distribution list attached as Exhibit B is approved. The notice of payment attached as Exhibit C is approved.Parties need not appear on 4/9/13 at 9:30 a.m. for presentment of motion. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.